KINGS COUNTY LIGHTING COMPANY, Appellant, Respondent, v. CHARLES D. NEWTON, as Attorney-General of the State of New York, and Another, Impleaded with THE CITY OF NEW YORK, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. ROBINSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Laughlin, J., dissenting.

THE CITY OF NEW YORK, Appellant, v. EMPIRE CITY SUBWAY COMPANY, LIMITED, Defendant. WESTERN UNION TELEGRAPH COMPANY and Others, Intervenors, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.